# STATE OF LOUISIANA
## COURT OF APPEAL, THIRD CIRCUIT

## 03-775 consolidated with 03-774, 03-776, & 03-777

**CHARLES THIELS, ET AL.**

**VERSUS**

**STATE OF LOUISIANA, DEPARTMENT OF TRANSPORTATION & DEVELOPMENT**

**\*\*\*\*\*\*\*\*\*\***
APPEAL FROM THE
NINTH JUDICIAL DISTRICT COURT
PARISH OF RAPIDES, NO. 209,772 C/W 208,665; 209,915; & 210,027
HONORABLE HARRY FRED RANDOW, DISTRICT COURT JUDGE

**\*\*\*\*\*\*\*\*\*\***
## ULYSSES GENE THIBODEAUX
## JUDGE
**\*\*\*\*\*\*\*\*\*\***

Court composed of Ulysses Gene Thibodeaux, Oswald A. Decuir, and Jimmie C. Peters, Judges.

**AFFIRMED.**

**Kenneth Pitre**
**PITRE LAW OFFICE**
**P. O. Drawer 1260**
**Eunice, LA 70535**
**Telephone: (337) 457-9048**
**COUNSEL FOR:**
**Appellant - Deborah Banks**

**Henry Gregory Walker, Jr.**
**Walker, Passman & Michiels**
**P. O. Box 13020**
**Alexandria, LA 71315-3020**
**Telephone: (318) 445-4516**
**COUNSEL FOR:**
**Plaintiffs/Appellees - Charles Thiels, Ralph Thiels, Harvey Thiels, Darrell Thiels, and Janel Thiels Gains**
**James Berry Reichman**

**Reichman & Armour**
**P. O. Box 210**
**Alexandria, LA 71309**
**Telephone: (318) 442-6611**
**COUNSEL FOR:**
    **Defendant/Appellee - State Farm Mutual Auto Insurance Co.**

**Monique Freeman Rauls**
**Assistant Attorney General**
**P. O. Box 1710**
**Alexandria, LA 71309-1710**
**Telephone: (318) 487-5944**
**COUNSEL FOR:**
    **Defendant/Appellee - State of Louisiana, Through DOTD**

**Shannon James Gremillion**
**Briney & Foret**
**P. O. Drawer 51367**
**Lafayette, LA 70505-1367**
**Telephone: (337) 237-4070**
**COUNSEL FOR:**
    **Defendants/Appellees - American International South Insurance**
    **Company and Michael S. Thibodeaux**

THIBODEAUX, Judge.

For the reasons discussed in the consolidated case of *Charles Thiels, et al. v. American International South Insurance Co., et al.,* 03-774 (La.App. 3 Cir. ____/03), ____ So.2d ____, the judgment of the trial court is affirmed. Costs of the appeal are assessed to Deborah D. Banks.

**AFFIRMED.**